**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN COVARRUBIAS PADILLA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IMMIGRATION, et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00221 JLT EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITH PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 12) |

　　　　Juan Covarrubias alleges a conspiracy by defendants to cause him harm, including assertions that devices were implanted inside his body. (*See generally* Doc. 1.) On February 27, 2025, the assigned magistrate judge found plaintiff's allegations to be frivolous and recommended dismissing the case with prejudice and without leave to amend. (Doc. 12 at 5.) The Court served the Findings and Recommendations on plaintiff and notified him that any objections were due within 30 days. (*Id.*) The Court advised plaintiff that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* at 6, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff has filed no objections, and the time to do so has expired.

　　　　According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1

1. The Findings and Recommendations issued February 27, 2025 (Doc. 12) are **ADOPTED** in full.
2. This case is **DISMISSED** with prejudice and without leave to amend as frivolous.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 18, 2025**                                                          _____
                                                                                              UNITED STATES DISTRICT JUDGE